U.S. DISTRICT COURT OF MIDDLE FLORIDA
OFFICE OF THE CLERK
401 W. CENTRAL BLVD #1200 ORLANDO, FLORIDA 32801-0120
JANUARY 11, 2021

FILED
2021 JAN -- PM
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

by STATE ACTION

a Review by U.S. SUPREME COURT —

a conclusion, a relief by Justified

50% consolidated or merged

YOUNG YIL JO, ~~KUI NAM LEE~~
~~KRISTOF ZAWADSKI~~, their attorneys
PETITIONERS  "Any"

I WOULD LIKE PROPOSE TO REVIEWS
UNDER 42 USC 1983, CIVIL RIGHTS ACTION
CHIEF JUSTICE: JOHN ROBERTS UNDER DUE

V. "Continue To discharged"

SIX UNKNOWN NAMES AGENTS OR
MR. PRESIDENT OF THE UNITED STATES
DONALD TRUMP AND DEP HUD, PROLAND
MANAGEMENT AND MAYOR MR. ERIC GARCETI
CITY OF LOS ANGELES CALIFORNIA AND
PRESBYTERIAN WILSHIRE CHURCH

RESPONDENTS

"a conclusion of the law"

ATIONS BY LAW BY JURY TAX PAYERS
For unreasonable Searches and seizures

PRO SE    CLAIM BY    YOUNG YIL JO #9345, ~~KUI NAM LEE~~ ~~Presiding~~
~~EX FOR TAX PAPER OF EACH, FOR FOR EACH AMOUNT OF ONE~~

FBI PROCESS ~~RIGHTS~~ NO DISCRIMINATES
MENTAL DAMAGES OR ILLEGAL FOR PRICE OR
NATIONAL ORIGIN THE WRIT OF CERTIORARI
Of each
THE WRIT OF ATTACHMENT GARNISHMENT OF only 20%
AMOUNT OF DAMAGES IS ONE HUNDRED MILLIONS
DOLLARS TO YOUNG YIL JO, ~~KUI NAM LEE~~
~~KRISTOF ZAWADSKI FOR EACH BE~~CAUSE WE HAD
APPLIED LOW INCOM FOR SECTION 8 FOR AID
APPARTMENT BUT DENYED ~~NO EQUAL RIGHTS~~ VIOL
50% LOS ANGELES 50% SEOUL KOREA

Young hil Jo Immediately citizenship papers by

50% Reduced To 20%

a writs of Election

cc, DEPARTMENT OF HUD
300 N LOS ANGELES ST #4054
LOS ANGELES CA 90012
213-894-80000

pPROLAND MANAGEMENT ②
2510 W 7TH STREET
LOS ANGELES, CA 90057
213-783-8175
WILSHIRE PRESBYTERIAN CHURCH
300 S WESTERN AVE
LOS ANGELES CA 90004
2C

DATE:
MAY 13, 2019
or July 9, 2019

YOUNG YIL JO 2629 W 8TH ST #301
LOS ANGELES CA 90057 AND

~~Kui Nam Lee 213-909-5907~~
~~5455 MARATHON ST APT #100~~
~~LOS ANGELES CA 90038 #020 AND~~
~~KRISTOF ZAWADSKI 562-587-6710~~
~~368 W OCEAN BLVD #304~~
~~LONG BEACH, CA 90802 FOR CITIZEN PAPERS~~

"Promptly immediately determination"
"For leave, of ~~court~~ Properly.
appropriate admission admitted"
Aug 18, 2019

③ SUBJECT: ADDITIONAL: METRO SUBWAY SYSTEM'S FEE'S OR FARE
IS 3 KINDS OF $1,75¢, 75¢, 35¢ BUT 35¢ IS AGED OR SICK
PERSONS BUT TIME LIMIT IS 10AM TO 3PM FOR WITHOUT RUSH
HOURS ONLY NO TIME LIMIT NO DISCRINATION IS AGAINST LAWS
4/30/19
④ Final decrees For the within Ten days by Jury.    Know or condone
DATE: JUNE 10, 2019   ADDITNAL OTHERWISE: NO RESTRICTION NO DISCRIMINATION
IN THE CHURCH FOR FOOD PANTRY SERVICE BUT NO INTERFERING FOR EXCHANGE HABITUAL
FOR PRIVATE rights, no any without notice For a Young Minister 6/10/19

— more attached evidence

[Left margin:] August 9, 2019, Final Judgment within Ten days For Five millions dollars cash only by victims, Properly: a admitted, admission, ratifying — please, today, For one Time by phone Time.

6/27/19 ~~violation under laws~~ by 010 wilshire special office 2415 w 6th ST Los Angeles, CA 90057-3123 For Food Stamp

③ no Calfresh program denied, reason For no citizenship papers this is no discrimination,

U.S. DISTRICT COURT OF Middle Florida
OFFICE OF THE Clerk
401 W. Central Blvd #1200 Orlando, Florida 32801
January 11, 2021

a Compensation granted
in one Supreme Court
50%   cease and desist order
— Consolidated — merged —

**YOUNG YIL JO**

PETITIONERS

V.

SIX UNKNOWN NAMES AGENTS
OR MR. PRESIDENT OF THE
UNITED STATES DONALD TRUMP
AND DPT HUD, PROLAND MANAGEMENT
and Los Angeles, CA. Mayor Mr. Eric Garcetti
RESPONDENTS

I WOULD LIKE PROPOSE TO REVIEW
UNDER 42 USC 1983 A CIVIL RIGHT
ACTION CHIEF JUSTICE: JOHN ROBERTS
UNDER DUE PROCESS ~~EQUAL RIGHTS~~
NO DISCRIMINATION
MENTAL DAMAGES OR ILLEGAL FOR PRICE
OR NATIONAL ORIGIN
A WRIT OF CERTIORARI
A WRIT OF ATTACHMENT GARNISHMENT OF
$ 50% reduced
AMOUNT OF DAMAGES IS ONE HUNDRED MILLIONS DOLLARS TO YOUNG YIL JO
BECAUSE I HAD BEEN APPLIED LOW  INCOME OR SECTION 8 FOR AID APPARTMENT
BUT DENYED ~~NO EQUAL RIGHT VIOLATION~~ BY LAW BY JURY TAX PAYER

a Review by U.S. Supreme Court           50% LOS ANGELES
                                         50% SEOUL KOREA
                      Young Yil Jo
A PRO SE      A CLAIM BY YOUNG YIL JO #9345

cc; DEPARTMENT OF HUD             2629 W 8TH STREET #301
300 N LOS ANGELES ST # 4054       LOS ANGELES CA 90057
LOS ANGELES, CA 90012             ~~AND KUM NAM LEE 213-909-3927~~
213-894-8000                      ~~2155 MARATHON ST APT # 106~~
                                  ~~LOS ANGELES CA 90030-1020~~
PROLAND   MANAGEMENT              ~~and Ki ...~~
2510 W  7TH STREET                ~~...~~
LOS ANGELES, CA 90057             ~~long beach, CA 90802~~
213-783-8175                      ~~for citizenship papers~~

DATE:    Subject: Additional: Metro Subway System's Fee's or Fare is 3 kinds of
         $1.25¢. 75¢. 35¢ But 35¢ is aged or sick person's But Time Limit is
         10 AM to 3 PM For without Rush Hours only No Time Limit no dis-
         Crimination against Laws 4/30/19

(margin left, top): (8)(1)(9) no dismissed or no denyed absolutely and trial by Jury, December 26, 2019 a relief admitted, notifying

(margin left, middle): penalty charge amount is additional ten millions dollars by Jury Trial immediately ratifying

(margin left, bottom): (1) December 24-31, 2019 no Invasion of Privacy for wrongful intrusion mental suffering damages charge one million dollars by Jury

(margin center bottom): 0 or I'm December 25, 2019 no delay. It move than 2019 year of

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT OF Middle Florida

*In one Supreme Court shall be vested a compensation*

YOUNG YIL JO, ~~KRYSTOF ZAWADZKI, et al Church, Jo~~
A PETITIONERS

A NOTICE OF APPEAL
*a Review by U.S. Supreme Court Ratified*
*"a conclusion of the law" and*

V.

DOCKET NO: ~~a notice~~

SIX UNKNOWN NAMES AGENTS OR MR. PRESIDENT OF THE UNITED STATES DONALD TRUMP OR DEPT OF H.U.D AND PROLAND MANAGEMENT OR MAYOR MR. ERIC GARCETI CITY OF LOS ANGELES, CALIFORNIA AND WILSHIRE PRESBYTERIAN CHURCH, *o/o Wilshire special office*
RESPONDENTS *2415 W. 6th ST. Los Angeles, CA 90057*

*a Compensation shall be vested a Judgment or a decree For unreasonable searches and seizures by Records*

NOTICE IS HEREBY GIVEN THAT YOUNG YIL JO, ~~KIM NAM LEE, KRYSTOF, Hon Chung Jo~~
PARTIES *a Review by Supreme Court U.S.*
HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE CIRCUIT DESCRIBE IT ENTERED IN THE ACTION ON THE 9 DAY OF January @201~~8-20~~21)

*Young Yil Jo*
SIGNATURE

Young Yil Jo
PRINTED NAMES

ADDRESS 1932 E. Washington Blvd
Pasadena, CA 91104

11
DATE: January 9, 20~~20~~21)

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
Middle DISTRICT OF Florida

Young Yil Jo
A PETITIONER
V.
SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS
OR MR Donald Trump
the president of the U.S.

A NOTICE OF APPEAL
a compensation granted
a Conclusion of the Laws and a relief
DOCKET NO;
a Judgment or a decree
For unreasonable searches and
seizures by Records

NOTICE IS HEREBY GIVEN THAT Young Yil Jo 01183-112

PARTY a Review by Supreme Court U.S.
HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE CIRC
UIT describe it ENTERED IN THIS ACTION ON THE 11 DAY OF January, 2021.
For admission a Judgment of conviction is ~~acquitted set aside~~ by
a Jury ~~admitted~~ within ten days innocent
28 USC 1915 g. H.
Social Security, no discriminate of
price or national origin

name of
---
SIGNATURE
Young Yil Jo
---
PRINTED NAME

ADDRESS;
---
1932 E. Washington Blvd
Pasadena, CA 91104

WITHOUT FEE, FOR SERVICE
WITHOUT CONFERENCE, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH ~~GOOD CONCIENCE~~
AN APPEAL

DATE; January 11, 2021

U.S. District Court of Middle Florida
Office of the Clerk
401 W Central Blvd #1200 Orland FL 32801
January 11, 2021

I would like propose to review

Kryst Zawadzki
A petitioner

V.

Six unknown names agents
Or M r president of the
United States Barack Obama
Respondents

R MR Donald Trump
is president of the U.S.

*no any discriminate*

*social security the least retire benefit jurisdiction ~~antitrust law~~*

*Bargain sale to % ~~full yearly payments~~*

Under 42 usc 1983 a civil rights action  own solely with ~~a writ of~~ summons and a complaint by federal or the law of the state Chief Justice John Roberts and Attorney General Eric Holder under due process equal rights en banc pass a resolution a pleader injury entitled to redress required attained confirmed a petition for ~~a writ of~~ certiorari and a reversal of a review of his conviction and a remanded a decision a recover on a theory persist insist firmly for injury *sooner*

*Tax payer — a limited — one*

~~Plus triple~~ damages or illegal discrimination include price by jury trial
Entering a ~~final judgment~~ *one lump sum* *the cruel custody in prison illegal*
An adopted in full a proper ~~a writ of execution a contract~~ a petition for reconsider a foreign state an application by party to a determination naturalize a reasonable amount total real to redress a ~~prompt~~ pay in full within ten days pay ities in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garni iment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to
Deposit in the bank a tax payer an equity pay in full within ten days
r a determination a motion to set aside a judgment of his conviction and a remanded one to five years treasury notes r a determination a selected by supreme court of the united states or Mr. president of the united states Barack bama a ~~privilege a pardon an amnesty~~ a bill of possession guarantee a right in union I am injured to redress required il obtain secure exact realized attained confirmed solely own by jury trial of receipt ~~immediately~~ a disposition a sett nent an earlier an amended a properly a valid a treaty a petition for reheaing an order a policy a rule a qualification a state an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion for summary jud ent a ~~final judgment an agreement~~

*Donate to pentagon $~~any~~*

A prayer a claim by *name of* Kryst Zawadzki

*no any discriminate*
*a pro se party a required*

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a pe n for ~~a writ of~~ habeas corpus a decision in habeas corpus a case cases claims a key a ~~default~~ once a claim for relief nore than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of ts a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision an ~~immediat~~ letermination a rights for First Fifth Eleventh and Fourteenth Amendments ART III  28 usc d. f. conclusion of suit her proceedings commenced unconstitutional conviction by witness perjury false state assume infer presumption cial discrimination in good faith good conscience unnecessary delay unconstitutional detention torture an innoce milies in America reside in America ~~or~~ deportation ~~or~~ attempt or conspiracy charged ~~to~~ alleged misconduct an opriate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for reconsider ~~granted~~ a redress required a classes actions 30 days deadline guarantee ~~donate to pentagon~~ for one bi ~~dollars~~ a stay by jury ~~prompt~~ jurisdiction grounds motions issues parties pleadings amendments claim for relief gh pleader is entitled to relief judgment adopted all others pleadings same pleadings result matters all parties others relief may ~~granted~~ equal protection all other amendments a party a party may amend same remedies by cratic resume continue guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief y in ~~immediately~~ and ~~immediately~~ release from custody

*otion for admission admitted* in prison public *no police error or victim knew of, condoned*
*set of facts — for a limitation — one at least, minimum*
*Infringe force compel in any criminal case 8th Amendment violate equal rights*
*search and seize sanction in prison or institution a petition for ~~a writ of~~ certiorari to ~~access~~ review a writ of decrees rendered under constitution by U.S. Supreme Court or 3 Judges De Novo nited jurisdiction an important Federal question an important matter an inmate confined in an situation at any time himself ~~immediately~~ review by jury today illegal custody Foreign tention 28 USC 1746. 1915 F.H. national security by 14th Amendment Amicus Curiae / in prison*

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
~~KEY~~ Middle DISTRICT OF Florida

Kryst Zawadzki
A PETITIONER

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS

A NOTICE OF APPEAL

DOCKET NO;

~~NOTICE~~ petition IS HEREBY GIVEN THAT ___Kryst Zawadzki___ PARTY  Supreme Court U.S,
HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE        CIRC
UIT describe it ENTERED IN THIS ACTION ON THE  11  DAY OF January, 20~~16 20~~ 21

For ~~admission~~ a Judgment of conviction is a~~ccepted satisfied~~ by
a Jury ~~admitted~~ within Ten days conclusion ~~retained~~ innocent
pay duties in another Know or ~~conclude~~ public
For damages claim 4.5. or until
— a limited — one    Social Security
~~WITHOUT FEE~~, FOR SERVICE
~~WITHOUT CONFERENCE~~, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH GOOD CONCIENCE
AN APPEAL

___name of___
SIGNATURE

___Kryst Zawadzki___
PRINTED NAME

ADDRESS;
_____
360 W. Ocean Blvd #304
Long Beach, CA 90802

DATE; January 11, 2021

U.S. District Court of Middle Florida
Office of the Clerk
401 W. Central Blvd #1200 Orlando, FL 32801
January 11, 2021

I would like propose to review
Under 42 USC 1983 a civil rights action own solely with a ~~writ of~~ summons and a complaint by federal or the law of the state Chief Justice John Roberts and Attorney General Eric Holder under due processequal rights en banc pass a resolution a pleader injury entitled to redress required attained confirmed a petition for a ~~writ of~~ certiorari and a reversal of a review of his conviction and a remanded a decision a recover on a theory persist insist firmly for injury   sooner

Kum Nam Lee
A petitioner

v.

Six unknown names agents
Or Mr president of the
United States Barack Obama
Respondents

R MR Donald Trump
is president of the U.S.

no any discriminati

~~social security~~
~~the least~~
~~retire benefit~~
jurisdiction
minimum

~~Bargain sale 10%~~
~~four yearly payments~~

Tax payer — a limited — one
~~Plus triple~~ damages or illegal discrimination include price by jury trial
Entering a ~~final judgment~~ one lump sum ~~the~~ Cruel custody in prison, illegal

An adopted in full a proper a ~~writ of execution or contract~~ a petition for reconsider a foreign state an application by party to a determination naturalize a reasonable amount total real to redress a ~~prompt~~ pay in full within ten days pay ties in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garni ment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to

Kum Nam Lee                Deposit in the bank a tax payer an equity pay in full within ten days
r a determination a motion to set aside a judgment of his conviction and a remanded one to five years treasury notes
r a determination a selected by supreme court of the united states or Mr. president of the united states Barack
ama a ~~privilege a pardon an amnesty~~ a bill of possession guarantee a right in union I am injured to redress required
l obtain secure exact realized attained confirmed solely own by jury trial of receipt ~~immediately~~ a disposition a sett
nent an earlier an amended a properly a valid a treaty a petition for reheaing an order a policy a rule a qualification a
state an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion for summary jud
ent a ~~final judgment an agreement~~

~~20%~~ Donate to Pentagon ~~$~~

A prayer a claim by  Kum Nam Lee                          no any discriminate
                     name of                               a pro se party a required

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a pe
n for a ~~writ of~~ habeas corpus a decision in habeas corpus a case cases claims a key a ~~default~~ once a claim for relief
more than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of
ts a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision an ~~immediat~~
letermination a rights for First Fifth Eleventh and Fourteenth Amendments ART III 28 USC d. f. conclusion of suit
her proceedings commenced unconstitutional conviction by witness perjury false state assume infer presumption
icial discrimination in good faith good conscience unnecessary delay unconstitutional detention torture an innoce
milies in America reside in America ~~a~~ deportation ~~a~~ attempt or conspiracy charged ~~a~~ alleged misconduct an
opriate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for
l reconsider ~~granted~~ a redress required a classes actions 30 days deadline guarantee ~~donate to pentagon~~ for one mi
~~dollars~~ a stay by jury ~~prompt~~ jurisdiction grounds motions issues parties pleadings amendments claim for relief
gh pleader is entitled to relief judgment adopted all others pleadings amendments claim for relief
others relief may ~~granted~~ equal protection all other amendments a party a party may amend same remedies by
cratic resume continue guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief
y in ~~immediately~~ and ~~immediately~~ release from custody

~~otion for admission admitted~~ in prison public     no police error or victim
~~a~~ set of facts                                    knew of, condoned
                  — for a limitation — one at least, minimum
~~a~~ infringe force compel in any criminal case ~~a~~ 8th Amendment violate equal rights
search and seize sanction in prison or in institution a petition for ~~a~~ certiorari to ~~a~~
review a writ of decrees rendered under constitution by U.S. Supreme Court or 3 judges de novo
nried jurisdiction an important federal question an important matter ~~a~~ an inmate confined in an
stitution at any time himself ~~a~~ ~~immediately~~ review by jury today ~~a~~ illegal custody ~~a~~ foreign
tention 28 USC 1746. 1915 F.H. national security by 14th Amendment    amicus curiae / in prison

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
Middle DISTRICT OF Florida

Kum NAM LEE
A PETITIONER

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS

A NOTICE OF APPEAL

DOCKET NO;

~~NOTICE~~ IS HEREBY GIVEN THAT Kum NAM LEE Petition PARTY Supreme Court U.S.
HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE       CIRCUIT describe it ENTERED IN THIS ACTION ON THE 11 DAY OF January, 20~~18 20~~21
For ~~admission~~ a Judgment of conviction is a~~~~ by a Jury ~~admitted~~ within Ten days conclusion ~~~~ Innocent pay duties In another Know or ~~~~ public
For damages claim 4.5. or until
— a limited —one
Social Security
~~WITHOUT FEE~~, FOR SERVICE
~~WITHOUT CONFERENCE~~, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH  GOOD CONCIENCE
AN APPEAL

name of
SIGNATURE

Kum NAM LEE
PRINTED NAME

ADDRESS;
5155 Marathon ST #106
Los Angeles, CA 90038

DATE; January 11, 2021

U.S. District Court of Middle Florida
Office of the Clerk
401 W. Central Blvd #1200 Orlando Fl 32801
January 11, 2021

I would like propose to review
Under 42 usc 1983 a civil rights action own solely with ~~a writ of~~ summons and a complaint by federal or the law of the state Chief Justice John Roberts and Attorney General Eric Holder under due process equal rights en banc pass a resolution a pleader injury entitled to redress required attained confirmed a petition for ~~a writ of~~ certiorari and a reversal of a review of his conviction and a remanded a decision a recover on a theory persist insist firmly for injury   sooner

Andrew Suh
A petitioner
V.
Six unknown names agents
Or M r president of the
United States Barack Obama
Respondents
R MR Donald Trump
re president of the U.S.

Social security the least Retire benefit Jurisdiction minimum Bat salary sale 10% Five yearly payments

~~Plus triple~~ Tax payer — a limited — one damages or illegal discrimination include price by jury trial Entering a ~~final judgment~~ one Lump Sum ~~the~~ Cruel Custody in Prison, illegal

An adopted in full a proper ~~a writ of execution contract~~ a petition for reconsider a foreign state an application by party to a determination naturalize a reasonable amount total real to redress a ~~prompt~~ pay in full within ten days pay ties in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garnishment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to

Andrew Suh
r a determination a motion to set aside a judgment of his conviction and a remanded one to five years treasury notes r a determination a selected by supreme court of the united states or Mr. president of the united states Barack Obama a ~~privilege a pardon an amnesty~~ a bill of possession guarantee a right in union I am injured to redress required obtain secure exact realized attained confirmed solely own by jury trial of receipt ~~immediately~~ a disposition a settlement an earlier an amended a properly a valid a treaty a petition for reheaing an order a policy a rule a qualification a state an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion for summary judgment a ~~final judgment an agreement~~

Deposit in the bank a tax payer an equity pay in full within ten days
~~20%~~ Donate to Pentagon ~~$20,000~~
no any discriminate

A prayer a claim by Andrew Suh
name of
a pro se party a required

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a petition for ~~a writ of~~ habeas corpus a decision in habeas corpus a case cases claims a key a ~~default~~ once a claim for relief more than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of its a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision an ~~immediate~~ determination a rights for First Fifth Eleventh and Fourteenth Amendments ART III 28 usc d. f. conclusion of suit her proceedings commenced unconstitutional conviction by witness perjury false state assume infer presumption 1915 racial discrimination in good faith good conscience unnecessary delay unconstitutional detention torture an innocent families in America reside in America ~~no~~ deportation ~~no~~ attempt or conspiracy charged ~~no~~ alleged misconduct an appropriate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for reconsider ~~granted~~ a redress required a classes actions 30 days deadline guarantee ~~donate to pentagon~~ for one ~~dollars~~ a stay by jury ~~prompt~~ jurisdiction grounds motions issues parties pleadings amendments claim for relief high pleader is entitled to relief judgment adopted all others pleadings same pleadings result matters all parties others relief may ~~granted~~ equal protection all other amendments a party a party may amend same remedies by cratic resume continue guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief y ~~immediately~~ and ~~immediately~~ release from custody

~~Motion for admission admitted~~ in prison public no police error or victim
~~no set of facts~~ knew of, condoned
— For a limitation — one at least, minimum
~~no~~ infringe force compel in any criminal case ~~no~~ 8th Amendment violate equal rights search and seize sanction in prison or in institution a petition for ~~a writ of~~ certiorari to ~~action~~ review a writ of decrees rendered under Constitution by U.S. Supreme Court or 3 judges De novo urged jurisdiction an important Federal question an important matter ~~no~~ an inmate confined in an situation at any time himself ~~immediately~~ review by Jury today ~~no~~ illegal custody ~~no~~ foreign tention 28 USC 1746.1915-H. National security by 14th Amendment Amicus Curiae in prison

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
middle DISTRICT OF Florida

Andrew Suh
A PETITIONER

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS

A NOTICE OF APPEAL

DOCKET NO;

~~NOTICE~~ IS HEREBY GIVEN THAT Andrew Suh
petition                        PARTY     Supreme Court U.S.
HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE    CIRC
UIT describe it ENTERED IN THIS ACTION ON THE  11  DAY OF January, ~~2016 20~~ 21
For ~~admission~~ a Judgment of conviction is ~~appealed sustainable~~ by
a Jury ~~admitted~~ within Ten days conclusion ~~remained~~ innocent
pay duties in another know or ~~custody~~ public
For damages claim 4.5. or until
    — a limited — one
at least
~~WITHOUT FEE~~, FOR SERVICE   Social Security
~~WITHOUT CONFERENCE~~, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH  GOOD CONCIENCE
AN APPEAL

name of
SIGNATURE

Andrew Suh
PRINTED NAME

ADDRESS;
-----------------------------------
B 72067
2600 N Brinton Ave
Dixon, IL 61021

DATE; January 11, 2021