UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YOUNG YIL JO,

        Plaintiff,

v.                                                                                     Case No: 6:21-cv-24-Orl-18LRH

SIX UNKNOWN NAMES AGENTS, MR. PRESIDENT OF THE UNITED STATES DONALD TRUMP, DEP HUD, PROLAND MANAGEMENT, MAYOR MR. ERIC GARCETI, CITY OF LOS ANGELES CALIFORNIA and PRESBYTERIAN WILSHIRE CHURCH,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on a typed pleading submitted by Young Yil Jo ("Jo") in which he references 42 U.S.C. § 1983.[1] (Doc. 1.) Upon review of the pleading, it is not clear what relief is sought. The pleading contains a rambling litany of incoherent and unintelligible allegations and is subject to dismissal. *See* Fed. R. Civ. P. 8, 10, 11.

It appears Plaintiff may wish to file a civil rights complaint pursuant to 42 U.S.C. § 1983. The Court notes Plaintiff's mailing address is in California, and it does not appear that any of the matters he references occurred in Florida. Consequently, this Court lacks

---

[1] Along with his pleading, Plaintiff filed similar documents naming other plaintiffs. These documents are likewise incoherent. Plaintiff may not file pleadings on behalf of other individuals.

jurisdiction to consider any civil rights action Plaintiff may wish to file. Additionally, Plaintiff has not submitted a motion for leave to proceed in forma pauperis or paid the filing fee. Therefore, this case will be dismissed to allow Plaintiff the opportunity to properly file a civil rights complaint and to either pay the filing fee or submit an affidavit of indigency in the appropriate court.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The Clerk is directed to enter judgment and close the case.

DONE and ORDERED in Orlando, Florida on January 25, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party